UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                          :

RICHARD CORRIGAN,                 :
                                            :

                         Plaintiff,      :

                                     :                23-CV-10586 (VSB)

                 -against-        :

                                     :                  **ORDER**

CATCH NYC INC., *et al.*,       :

                                         :

                      Defendants.   :
                                            :
-------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       Pursuant to my March 7, 2024 Order, the parties were directed to file a joint letter noting the status of the arbitration proceedings on June 5, 2024, and every 90 days thereafter. (Doc. 7.) I received updates from the parties on June 5, 2024, (Doc. 9), September 3, 2024, (Doc. 10), and December 2, 2024, (Doc. 13). Pursuant to my March 7, 2024 Order, the parties' next joint letter should have been submitted by March 3, 2025, and therefore, the parties are out of compliance with my Order. The parties are directed to submit a joint status update by April 2, 2025.

SO ORDERED.

Dated:     March 25, 2025
            New York, New York

                                           Vernon S. Broderick
                                           United States District Judge